**DISMISSED and Opinion Filed February 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00746-CV

### JEK LENDING, L.L.C., Appellant
### V.
### ANTELOPE 2001, L.P., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03599**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's "Agreed Motion to Dismiss Appeal." We grant the motion

and dismiss this proceeding.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

180746F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEK LENDING, L.L.C., Appellant

No. 05-18-00746-CV      V.

ANTELOPE 2001, L.P., Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-03599.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered February 12, 2019.